UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, | Case No.: CV 19-08853-CJC(MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, A.F.L.-C.I.O. LOCAL 675, | |
| Defendant. | |

Plaintiff Tesoro Refining & Marketing Company LLC brings this action to vacate a labor arbitration award issued in a dispute with Defendant United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers

International Union, AFL-CIO, Local 675.  Defendant's motion to dismiss the Complaint for lack of subject matter jurisdiction came for consideration before this Court.  The Court hereby **ORDERS** that:

1. Defendant's motion to dismiss is **GRANTED**.  As set out in its concurrently issued Order, the Court finds that this dispute is not ripe for judicial review.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 12(b)(1).

DATED:	December 5, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE